### Rosie Russell, Appellee, v. Victoria Barnowski, Appellant.

Heard in this court at February term, 1941; opinion filed May 31, 1941; rehearing denied July 31, 1941. J. E. Carr, for appellant; S. M. Ward, for appellee. Opinion by JUSTICE CULBERTSON. "Not to be published in full."